**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

ADMIRAL INSURANCE COMPANY,
    Plaintiff

v.

APNJ PARTNERS, LP
    Defendants

Civil Action No. 3:24-cv-06159

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(A)(i) and the parties' Stipulation and Agreement to Resolve Action (ECF No. 8), attached hereto, Plaintiff Admiral Insurance Company hereby dismisses its claims in this action against Defendant APNJ Partners, LP without prejudice, each party to bear its own costs.

**Date:  9/11/2024**           POST & SCHELL, P.C.

BY:    */s/ Anthony L. Miscioscia*
      ANTHONY L. MISCIOSCIA, ESQUIRE
      Three Logan Square, 24th Floor
      1717 Arch Street
      Philadelphia, PA   19103
      *Attorney for Plaintiff*
      *Admiral Insurance Company*

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date:  September 11, 2024

27946049v1